UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against-

**764 4th AVE BROOKLYN NY 11232,**

Defendant.
--------------------------------------------------------X

**MEMORANDUM AND ORDER**

23-CV-6981 (AMD) (VMS)

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against-

**BONTE BROWN,**

Defendant.
--------------------------------------------------------X

23-CV-6989 (AMD) (VMS)

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against-

**HENRYK SAMORUK,**

Defendant.
--------------------------------------------------------X

23-CV-6990 (AMD) (LB)

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against-

**MICHAELA JONES,**

Defendant.
--------------------------------------------------------X

23-CV-6991 (AMD) (VMS)

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6993 (AMD) (VMS)

**MICHELLE JONES,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6994 (AMD) (VMS)

**SENRYK HAMORUK,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6995 (AMD) (VMS)

**UBS,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6996 (AMD) (VMS)

**TYROOKAH DEFANTE,**

Defendant.
-------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6997 (AMD) (VMS)

**THE NEW YORK PUBLIC LIBRARY,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6998 (AMD) (VMS)

**THE NEW YORK PUBLIC LIBRARY,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6999 (AMD) (VMS)

**THE BOWERY MISSION,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7000 (AMD) (VMS)

**RICHARD BERRY,**

Defendant.
--------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7001 (AMD) (VMS)

**AXIS COMMUNICATIONS,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7002 (AMD) (VMS)

**DGA,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7003 (AMD) (VMS)

**GRACIE SQUARE HOSPITAL,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7004 (AMD) (VMS)

**HOLIDAY INN EXPRESS,**

Defendant.
--------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7005 (AMD) (VMS)

**JOHN SUSSEX,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7006 (AMD) (VMS)

**MTA,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7007 (AMD) (VMS)

**MTA,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7008 (AMD) (VMS)

**AMCREST,**

Defendant.
--------------------------------------------------------X

----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7009 (AMD) (VMS)

**BOSCH,**

Defendant.
----------------------------------------------------------X
----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7010 (AMD) (VMS)

**BURIE,**

Defendant.
----------------------------------------------------------X
----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7011 (AMD) (VMS)

**HIXVISION,**

Defendant.
----------------------------------------------------------X
----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7012 (AMD) (VMS)

**INDIGO VISION,**

Defendant.
----------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7013 (AMD) (VMS)

**LTS,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7014 (AMD) (VMS)

**WISENET,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7015 (AMD) (VMS)

**VICONO,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7016 (AMD) (VMS)

**SONY,**

Defendant.
-------------------------------------------------------X

-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7017 (AMD) (VMS)

**PANASONIC,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7018 (AMD) (VMS)

**BEST WESTERN,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7019 (AMD) (VMS)

**BRIDGEPORT HOSPITAL,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7020 (AMD) (VMS)

**DAYESHA RODRIGUEZ,**

Defendant.
-----------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7023 (AMD) (VMS)

**JOHN DOE,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7024 (AMD) (VMS)

**JOHNN DOE,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7025 (AMD) (VMS)

**NITZA HUGHES,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7026 (AMD) (VMS)

**OSCAR DOE,**

Defendant.
--------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7027 (AMD) (VMS)

**ARTURO RICHAUD,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7028 (AMD) (VMS)

**FOURTH AVENUE FRIES LLC,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7029 (AMD) (VMS)

**YURIEL PEREZ,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7030 (AMD) (VMS)

**USDA,**

Defendant.
-------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7031 (AMD) (VMS)

**FDA,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7032 (AMD) (VMS)

**U.S. SECRET SERVICE,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7033 (AMD) (VMS)

**ALLIED SECURITY SERVICES,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7034 (AMD) (VMS)

**ERICK SIEKH,**

Defendant.
-------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7035 (AMD) (VMS)

**NIGINX,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7036 (AMD) (VMS)

**SAMSUNG,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7037 (AMD) (VMS)

**UNV,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7038 (AMD) (VMS)

**NEW YORK PRESBYTERIAN,**

Defendant.
--------------------------------------------------------X

---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7039 (AMD) (VMS)

**RENT ME AKA RENT BOY,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7040 (AMD) (VMS)

**TD CANADA TRUST,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7042 (AMD) (VMS)

**TIK TOK,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7043 (AMD) (VMS)

**TOR,**

Defendant.
---------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7044 (AMD) (VMS)

**WEIMAR FRANCO VELEZ,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7045 (AMD) (VMS)

**HRA,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7046 (AMD) (VMS)

**SMARTFOOD,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7047 (AMD) (VMS)

**HYATT REGENCY,**

Defendant.
--------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ**,

Plaintiff,

-against- 23-CV-7048 (AMD) (VMS)

**STEPHANIE JAILALL,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ**,

Plaintiff,

-against- 23-CV-7050 (AMD) (VMS)

**VITTORIO TIOMICO,**

Defendant.
-------------------------------------------------------X
**ANN M. DONNELLY**, United States District Judge:

On September 18, 2023, the *pro se* plaintiff Christian Velez filed these fifty-eight separate complaints, with *in forma pauperis* ("IFP") applications. The complaints are consolidated solely for the purpose of this Order. [1] The Court grants the plaintiff's IFP applications solely for the purpose of this Order.[2] For the reasons that follow, the complaints are dismissed as meritless, and that further frivolous filings may warrant sanctions, including a filing injunction.

---

[1] The planintiff did not sign some of the complaints and used his initials instead. For the purpose of this Order, the Court addresses the merits of the plaintiff's claims in each complaint, whether he signed it or not.

[2] With one exception, the plaintiff did not utilize the Court's *in forma pauperis* ("IFP") application. Although the handwritten IFP applications do not contain all the information requested in the Court's IFP application form, the Court accepts as true for the purpose of this Order that the plaintiff has no current sources of income or assets and thus qualifies for IFP status pursuant to 28 U.S.C. § 1915(a).

**BACKGROUND**

In his fifty-eight complaints, the plaintiff sues multiple individuals and entities for violations of federal law. Many of the complaints assert singular, conclusory allegations; others provide some facts, but it is not clear whether these facts are relevant, or how these facts support a cognizable claim.[3]

For example, the plaintiff claims that he was denied the use of a computer and printer when he stayed at the Hyatt Regency, *Velez v. Hyatt Regency*, No. 23-cv-7047,[4] that food products containing natural flavors are dangerous, *Velez v. Smartfood*, No. 23-cv-7046,[5] and that various companies install or sell CCTV products and/or have placed "fraudulent/counterfeit" CCTV cameras "throughout New York City."[6] The plaintiff also sues various individuals located at 1322 Bedford Avenue in Brooklyn, alleging that they engaged in "trickery" and

---

[3] *See e.g.*, *Velez v. 764 4th Ave Brooklyn NY 11232*, No. 23-CV-6891 ("Defendant hires employees who fall asleep while on duty, are rude, and don't complete and finish their jobs in a professional/adequate manner."); *see also Velez v. New York Presbyterian*, No. 23-cv-7038 (alleging "medical malpractice"); *Velez v. Rent Men*, No. 23-cv-7039 (alleging that defendant failed to delete the plaintiff's advertisements and violates the Travel Act by promoting prostitution); *Velez v. TD Canada Trust*, No. 23-cv-7040 (alleging that he is entitled to $27 million inheritance); *Velez v. TikTok*, No. 23-cv-7042 (alleging that defendant allows indecent posts); *Velez v. Tor*, No. 23-cv-7043 (alleging that defendant denied him access to encrypted services); *Velez v. Velez*, No. 23-cv-7044 (alleging that defendant stalks him and owes him child support); *Velez v. HRA*, No. 23-cv-7045 (alleging that defendant terminated his benefits); *Velez v. U.S. Secret Service*, No. 23-cv-7032 (alleging that defendant "continuously followed me the Plaintiff for a month long time period" based on the use of counterfeit money.).

[4] *See also Velez v. Jailall*, No. 23-cv-7048 (alleging that Hyatt Regency front desk manager conspired to violate his civil rights but no facts are provided); *Velez v. Tiomico*, No. 23-cv-7050 (alleging that Hyatt Regency floor manager conspired to violate his civil rights but no facts are provided).

[5] *See also Velez v. USDA*, No. 23-cv-7030 (alleging that "natural flavors be banned because they can be dangerous if consumed daily and in large quantities."); *Velez v. FDA*, No. 23-cv-7031 (seeking an investigation into unspecified adulterated food).

[6] *See also Velez v. Amcrest*, No. 23-cv-7008; *Velez v. Bosch*, No. 23-cv-7009; *Velez v. Burle*, No. 23-cv-7010; *Velez v. Hixvision*, No. 23-cv-7011; *Velez v. Indigo Vision*, No. 23-cv-7012; *Velez v. LTS*, 23-cv-7013 ; *Velez v. WiseNet*, No. 23-cv-7014; *Velez v. Vicono*, 23-cv-7015; *Velez v. Sony*, No. 23-cv-7016; *Velez v. Panasonic*, No. 23-cv-7017.

committed unspecified criminal acts against him.[7] In other complaints, the plaintiff fails to allege any facts whatsoever against the defendants.[8]

Further, many of the complaints involve events that occurred outside of the Eastern District of New York, and the plaintiff provides no facts establishing jurisdiction.[9]

## STANDARD OF REVIEW

To avoid dismissal, a complaint must plead "enough facts to state a claim to relief that is plausible on its face." *Bell Atl. Corp. v. Twombly*, 550 U.S. 544, 570 (2007). A claim is plausible "when the plaintiff pleads factual content that allows the court to draw the reasonable inference that the defendant is liable for the misconduct alleged." *Matson v. Bd. of Educ.*, 631 F.3d 57, 63 (2d Cir. 2011) (quoting *Ashcroft v. Iqbal*, 556 U.S. 662, 678 (2009)). While "detailed factual allegations" are not required, "[a] pleading that offers 'labels and conclusions' or 'a formulaic recitation of the elements of a cause of action will not do.'" *Iqbal*, 556 U.S. at 678 (quoting *Twombly*, 550 U.S. at 555). The plaintiff is proceeding *pro se*, so I construe his complaints liberally and evaluate them by "less stringent standards than formal pleadings drafted

---

[7] *See Velez v. Brown*, No. 23-cv-6989; *Velez v. Samoruk*, No. 23-cv-6990; *Velez v. Jones*, No. 23-cv-6991; *Velez v. Jones*, No. 23-cv-6993; *Velez v. Hamoruk*, No. 23-cv-6994.

[8] *See Velez v. Hughes*, No. 23-cv-7025; *Velez v. Oscar Doe*, No. 23-cv-7026; *Velez v. Richaud*, No. 23-cv-7027; *Velez v. Fourth Avenue Fries LLC*, No. 23-cv-7028; *Velez v. Perez*, No. 23-cv-7025; *Velez v. Allied Security Services*, No. 23-cv-7033; *Velez v. Siekh*, No. 23-cv-7034; *Velez v. Nginx*, No. 23-cv-7035; *Velez v. Samsung*, No. 23-cv-7036; *Velez v. UNV*, No. 23-cv-7037.

[9] *See, e.g.*, *Velez v. UBS*, No. 23-cv-6995 (New York county); *Velez v. Defante*, No. 23-cv-6996 (Bronx county); *Velez v. New York Public Library*, No. 23-cv-6997 (New York county); *Velez v. New York Public Library*, No. 23-cv-6998 (New York county); *Velez v. Berry*, No. 23-cv-7000 (New York county); *Velez v. Axis Communications*, No. 23-cv-7001 (New York county); *Velez v. DGA*, 23-cv-7002 (New York county); *Velez v. Gracie Square Hospital*, No. 23-cv-7003 (New York county); *Velez v. Holiday Inn Express*, No. 23-cv-7004 (New York county); *Velez v. Sussex*, No. 23-cv-7005 (New York county); *Velez v. MTA*, No. 23-cv-7006 (New York county); *Velez v. MTA*, No. 23-cv-7007 (New York county); *Velez v. Sony*, No. 23-cv-7016 (New York county); *Velez v. WiseNet*, No. 23-cv-7014 (New Jersey); *Velez v. Panasonic*, No. 23-cv-7017 (New Jersey); *Velez v. Samsung*, No. 23-cv-7036 (New Jersey); *Velez v. Best Western*, No. 23-cv-7018 (Connecticut); *Velez v. John Doe*, No. 23-cv-7023 (Connecticut); *Velez v. Johnn Doe*, No. 23-cv-7024 (Connecticut); *Velez v. Bridgeport Hospital*, No. 23-cv-7019 (Connecticut); *Velez v. Rodriguez*, No. 23-cv-7020 (Connecticut).

by lawyers." *Erickson v. Pardus*, 551 U.S. 89, 94 (2007) (per curiam) (quoting *Estelle v. Gamble*, 429 U.S. 97, 106 (1976)); *see also Harris v. Mills*, 572 F.3d 66, 72 (2d Cir. 2009); *Hayden v. Paterson*, 594 F.3d 150, 160 (2d Cir. 2010). Nevertheless, I must dismiss *sua sponte* an IFP action if it "(i) is frivolous or malicious; (ii) fails to state a claim on which relief may be granted; or (iii) seeks monetary relief against a defendant who is immune from such relief." 28 U.S.C. § 1915(e)(2)(B). An action "is frivolous when either (1) the factual contentions are clearly baseless, such as when allegations are the product of delusion or fantasy; or (2) the claim is based on an indisputably meritless legal theory." *Livingston v. Adirondack Beverage Co.*, 141 F.3d 434, 437 (2d Cir. 1998) (internal quotation marks and citation omitted).

## DISCUSSION

Even reading these fifty-eight complaints liberally, as I must, the plaintiff has failed to state any cognizable claim warranting review by this Court. Most of the complaints provide no facts to support the plaintiff's allegations. To the extent facts were alleged, the Court cannot "draw [a] reasonable inference that the defendant[s are] liable for the misconduct alleged." *Matson*, 631 F.3d at 63 (2d Cir. 2011). The plaintiff's complaints must be dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(i).[10] *See Denton v. Hernandez*, 504 U.S. 25, 33 (1992) (a claim may be dismissed as frivolous "when the facts alleged rise to the level of the irrational or the wholly incredible"); *Gallop v. Cheney*, 642 F.3d 364, 368 (2d Cir. 2011) ("A court may dismiss a claim

[10] While the plaintiff cites various federal statutes in some of the complaints, he asserts no facts suggesting a valid claim or a private right of action. A private citizen, for example, does not have a constitutional right to initiate or to compel the initiation of criminal proceedings against another individual. *See Leeke v. Timmerman*, 454 U.S. 83, 86 (1981) (citing *Linda R.S. v. Richard D.*, 410 U.S. 614, 619 (1973)); *Ostrowski v. Mehltretter,* 20 F. App'x. 87, 91 (2d Cir. 2001); *see also Sheehy v. Brown,* 335 F. App'x 102, 104 (2d Cir. June 23, 2009) (summary order) ("[C]laims based on the violation of federal criminal statutes, such as 18 U.S.C. §§ 241-242, . . . are not cognizable, as federal criminal statutes do not provide private causes of action."). Finally, there is no subject matter jurisdiction if "the purported federal claim is clearly immaterial and made solely for the purpose of obtaining jurisdiction or is wholly insubstantial and frivolous." *Southern New England Tel. Co. v. Glob. NAPs Inc.*, 624 F.3d 123, 132 (2d Cir. 2010) (internal citations omitted).

as factually frivolous if the sufficiently well-pleaded facts are clearly baseless—that is, if they are fanciful, fantastic, or delusional.").

**LITIGATION ABUSE WARNING**

The plaintiff is cautioned that this Court will not tolerate abuse of its judicial resources. The plaintiff submitted fifty-eight complaints in one day, which is unprecedented and required significant court resources to process and review—time which could have been spent on meritorious claims. "If a litigant has a history of filing vexatious, harassing or duplicative lawsuits, courts may impose sanctions, including restrictions on future access to the judicial system." *Hong Mai Sa v. Doe*, 406 F.3d 155, 158 (2d Cir. 2005) (internal quotation marks omitted); *Lau v. Meddaugh*, 229 F.3d 121, 123 (2d Cir. 2000) ("The district courts have the power and the obligation to protect the public and the efficient administration of justice from individuals who have a history of litigation entailing vexation, harassment and needless expense to other parties and an unnecessary burden on the courts and their supporting personnel."); *In re Sassower*, 20 F.3d 42, 44 (2d Cir. 1994) ("With respect to civil litigation, courts have recognized that the normal opportunity to initiate lawsuits may be limited once a litigant has demonstrated a clear pattern of abusing the litigation process by filing vexatious and frivolous complaints.").

Accordingly, if the plaintiff continues to file similar actions, the Court may impose a filing injunction. *SBC 2010-1, LLC v. Morton*, 552 F. App'x 9, 12 (2d Cir. 2013) ("A district court may, in its discretion, impose sanctions against litigants who abuse the judicial process.") (quoting *Shafii v. British Airways, PLC,* 83 F.3d 566, 571 (2d Cir. 1996)); *Moates v. Barkley*, 147 F.3d 207, 208 (2d Cir. 1998) (*per curiam*) ("district court may not impose a filing injunction . . . without providing the litigant with notice and an opportunity to be heard"); *In re Martin-*

*Trigona,* 9 F.3d 226, 229 (2d Cir. 1993) (district court may impose a filing injunction "subjecting a vexatious litigant to a leave of court requirement with respect to future filings.").

**CONCLUSION**

For the reasons set forth above, these fifty-eight complaints are dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i). While *pro se* plaintiffs are ordinarily granted leave to amend if "the complaint gives any indication that a valid claim might be stated," *Dolan v. Connolly*, 794 F.3d 290, 295 (2d Cir. 2015), leave to amend "may properly be denied if the amendment would be futile." *Grullon v. Cty. of New Haven*, 720 F.3d 133, 140 (2d Cir. 2013). These complaints are meritless, and leave to amend would be futile.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Clerk of Court is respectfully directed to enter judgment in each case, to close these fifty-eight cases, to mail copy of this Order to the plaintiff and to note the mailing on the docket.

**SO ORDERED.**

s/Ann M. Donnelly

ANN M. DONNELLY
United States District Judge

Dated: Brooklyn, New York
October 18, 2023