UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

**JUDGMENT**

-against-

23-CV-6981 (AMD) (VMS)

**764 4th AVE BROOKLYN NY 11232,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against-

23-CV-6989 (AMD) (VMS)

**BONTE BROWN,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against-

23-CV-6990 (AMD) (LB)

**HENRYK SAMORUK,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against-

23-CV-6991 (AMD) (VMS)

**MICHAELA JONES,**

Defendant.
-----------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6993 (AMD) (VMS)

**MICHELLE JONES,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6994 (AMD) (VMS)

**SENRYK HAMORUK,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6995 (AMD) (VMS)

**UBS,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6996 (AMD) (VMS)

**TYROOKAH DEFANTE,**

Defendant.
-------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6997 (AMD) (VMS)

**THE NEW YORK PUBLIC LIBRARY,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6998 (AMD) (VMS)

**THE NEW YORK PUBLIC LIBRARY,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-6999 (AMD) (VMS)

**THE BOWERY MISSION,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7000 (AMD) (VMS)

**RICHARD BERRY,**

Defendant.
--------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7001 (AMD) (VMS)

**AXIS COMMUNICATIONS,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7002 (AMD) (VMS)

**DGA,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7003 (AMD) (VMS)

**GRACIE SQUARE HOSPITAL,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7004 (AMD) (VMS)

**HOLIDAY INN EXPRESS,**

Defendant.
--------------------------------------------------------X

---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7005 (AMD) (VMS)

**JOHN SUSSEX,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7006 (AMD) (VMS)

**MTA,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7007 (AMD) (VMS)

**MTA,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7008 (AMD) (VMS)

**AMCREST,**

Defendant.
---------------------------------------------------------X

---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7009 (AMD) (VMS)

**BOSCH,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7010 (AMD) (VMS)

**BURIE,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7011 (AMD) (VMS)

**HIXVISION,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7012 (AMD) (VMS)

**INDIGO VISION,**

Defendant.
---------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7013 (AMD) (VMS)

**LTS,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7014 (AMD) (VMS)

**WISENET,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7015 (AMD) (VMS)

**VICONO,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7016 (AMD) (VMS)

**SONY,**

Defendant.
-------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7017 (AMD) (VMS)

**PANASONIC,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7018 (AMD) (VMS)

**BEST WESTERN,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7019 (AMD) (VMS)

**BRIDGEPORT HOSPITAL,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7020 (AMD) (VMS)

**DAYESHA RODRIGUEZ,**

Defendant.
-------------------------------------------------------X

---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7023 (AMD) (VMS)

**JOHN DOE,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7024 (AMD) (VMS)

**JOHNN DOE,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7025 (AMD) (VMS)

**NITZA HUGHES,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7026 (AMD) (VMS)

**OSCAR DOE,**

Defendant.
---------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7027 (AMD) (VMS)

**ARTURO RICHAUD,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7028 (AMD) (VMS)

**FOURTH AVENUE FRIES LLC,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7029 (AMD) (VMS)

**YURIEL PEREZ,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7030 (AMD) (VMS)

**USDA,**

Defendant.
--------------------------------------------------------X

-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7031 (AMD) (VMS)

**FDA,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7032 (AMD) (VMS)

**U.S. SECRET SERVICE,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7033 (AMD) (VMS)

**ALLIED SECURITY SERVICES,**

Defendant.
-------------------------------------------------------X
-------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7034 (AMD) (VMS)

**ERICK SIEKH,**

Defendant.
-------------------------------------------------------X

-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7035 (AMD) (VMS)

**NIGINX,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7036 (AMD) (VMS)

**SAMSUNG,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7037 (AMD) (VMS)

**UNV,**

Defendant.
-----------------------------------------------------------X
-----------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7038 (AMD) (VMS)

**NEW YORK PRESBYTERIAN,**

Defendant.
-----------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7039 (AMD) (VMS)

**RENT ME AKA RENT BOY,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7040 (AMD) (VMS)

**TD CANADA TRUST,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7042 (AMD) (VMS)

**TIK TOK,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7043 (AMD) (VMS)

**TOR,**

Defendant.
--------------------------------------------------------X

--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7044 (AMD) (VMS)

**WEIMAR FRANCO VELEZ,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7045 (AMD) (VMS)

**HRA,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7046 (AMD) (VMS)

**SMARTFOOD,**

Defendant.
--------------------------------------------------------X
--------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7047 (AMD) (VMS)

**HYATT REGENCY,**

Defendant.
--------------------------------------------------------X

---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7048 (AMD) (VMS)

**STEPHANIE JAILALL,**

Defendant.
---------------------------------------------------------X
---------------------------------------------------------X
**CHRISTIAN VELEZ,**

Plaintiff,

-against- 23-CV-7050 (AMD) (VMS)

**VITTORIO TIOMICO,**

Defendant.
---------------------------------------------------------X

A Memorandum and Order of the Honorable Ann M. Donnelly, United States District Judge, having been filed on October 19, 2023, dismissing these fifty-eight complaints as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); certifying pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and denying *in forma pauperis* status is denied for the purpose of an appeal, *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962);

ORDERED and ADJUDGED that these fifty-eight complaints are dismissed as frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(i); that pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith; and that *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States,* 369 U.S. 438, 444-45 (1962).

Dated: Brooklyn, NY
October 23, 2023

Brenna B. Mahoney
Clerk of Court

By: *<u>/s/Jalitza Poveda</u>*
Deputy Clerk